**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

HENRY J. LAFAVORS,

      Plaintiff,

v.                                                          CASE NO.  4:12cv30-RH/CAS

DR. RONALD SOLORZANO et al.,

      Defendants.

_____/


## ORDER DISMISSING THE CLAIMS AGAINST DR. THAYER


This case is before the court on the magistrate judge's report and recommendation, ECF No. 52.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The plaintiff's claims against the defendant Dr. Thayer, as set out in the fifth amended complaint, are dismissed.  The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on July 20, 2013.

                      s/Robert L. Hinkle_____
                      United States District Judge