**For the Record Reporting, Inc.**
1500 Mahan Drive, Suite 140
Post Office Box 12042
Tallahassee, FL 32317-2042
(850) 222-5491 Phone   (850) 224-5316 Fax
Tax ID: 59-3616998

August 15, 2014

Ms. Holly Simcox, Esquire
Office of the Attorney General
The Capitol
Suite PL-01
Tallahassee, FL 32399-1050
(850) 414-3300

**Invoice Number**
**050201J 16559**

Re: Henry J. Lafavors vs. Dr. Ronald Solorzano
Case No. 4:12cv30-RH/CAS
Deposition of Henry R. LaFavors/ 972-310-06-01

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| Appearance-1st hour | Inv. No. 16559, Taken on 08/14/14, 2:00-2:30 | 1.00 | 44.10 | 44.10 |
| Certificate of Non-Appearance | Per your request | 1.00 | 4.25 | 4.25 |
| | **Invoice total:** | | | **$48.35** |

Payment due upon receipt.  Thank you

GENERAL LEGAL SERVICES
ATTORNEY GENERAL'S OFFICE
14 AUG 21  AM 9:48

Exhibit E