IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY J. LAFAVORS,

    Plaintiff,

v.                                CASE NO. 4:12cv30-RH/CAS

DR. RONALD SOLORZANO,

    Defendant.

_____/

**ORDER REQUIRING THE PLAINTIFF TO APPEAR
FOR A DEPOSITION IN TALLAHASSEE, IMPOSING
SANCTIONS FOR FAILING TO APPEAR PREVIOUSLY,
AND GIVING NOTICE THAT AGAIN FAILING
<u>TO APPEAR WILL RESULT IN DISMISSAL</u>**

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 85.  No objections have been filed.  Upon consideration,

    IT IS ORDERED:

    1.    The report and recommendation is ACCEPTED and adopted as the court's opinion.

Case No.  4:12cv30-RH/CAS

2. The plaintiff must pay the defendant $130.35 as sanctions by December 17, 2014.  Failing to pay may result in dismissal of this case.

3. The plaintiff must appear for a deposition in Tallahassee in person on a date set by the defendant.  The defendant must make a good-faith effort to consult with the plaintiff on the date and must reasonably accommodate the plaintiff's schedule.  If the plaintiff does not reasonably cooperate in scheduling efforts—including by taking or promptly returning a telephone call—the defendant may unilaterally schedule the deposition.  A date unilaterally selected by the defendant must be at least 17 days after the defendant advises the plaintiff of the date by telephone (or leaves a message by telephone) and 17 days after the defendant mails a notice to the plaintiff.  And a date unilaterally selected by the defendant must be more than two days from any holiday on which the court is closed.  If the plaintiff fails to appear for a properly scheduled deposition, the case will be dismissed.

SO ORDERED on November 17, 2014.

                                           s/Robert L. Hinkle
                                           United States District Judge