# Document Request Form

Instructions for inmate to obtain copies of the documents:

1) Identify the copies the inmate wishes to purchase by the bate stamp located at the bottom right hand corner of the page. Fill out the attached *Document Request Form (at the bottom of page).*
2) Return the Document Request Form to **Holly Simcox**, Assistant Attorney General at the address noted above.
3) An invoice will be sent to the inmate along with the Document Request Form for the purchase of the copies. The cost is $.15 per page.
4) The funds may come from your inmate trust account as long as the funds are present in that account; a lien cannot be placed for copying costs. If the funds are not present, you must have a family member, or friend, send a check along with the invoice to my attention to the Office of the Attorney General, PL-01, The Capitol, Tallahassee, FL 32399-1050. The check must be made payable to the Office of the Attorney General.
5) Once payment is received for the requested copies. The documents will be forwarded to the inmate.

*I Request to Purchase the following Documents:*

4,54-4,69, 4,72-4,75, 4,77-4,78, 4,80-4,81, 4,83, 4,136-4,137, 4,202-4,318
(Identify by bate stamp number located in the bottom right hand corner)

4,324-4,341, 4,343-4,350, 4,365-4,379, 4,381-4,389, 4,406-4,409
(Identify by bate stamp number located in the bottom right hand corner)

4,412-4,414, 4,430-4,437, 4,455-4,457, 4,474-4,500, 4,567-4,574
(Inmate Henry J LaFavors DC# 64220 Signature)

Exhibit A

# Acknowledgement Form for Inmate
# HENRY J. LaFAVORS DC #642200
*(Page 2 of 2)*

1stRFP #6
"... medical records including x-rays ..."

*See Request #4*
*****************************************************************
1stRFP #7
"... Rules, regulation and policies about treatment of nasal polyps ..."

*No Document Responsive*
*****************************************************************
1stRFP #8
"... Document or Degree of Dr. Solo ..."

**OBJECTION**
*****************************************************************

START TIME OF REVIEW: 9:43 : A.M.

END TIME OF REVIEW: 10:43 : A.M.

*(start and end time to be completed by inmate)*

Signed Inmate: _____

Signed Attorney / Staff: _____ #56124

Dated: 2-13-15

PAM BONDI
ATTORNEY GENERAL
STATE OF FLORIDA

OFFICE OF THE ATTORNEY GENERAL
Corrections Litigation Bureau

**HOLLY SIMCOX**
Assistant Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
Phone (850) 414-3300    Fax (850) 488-4872

February 17, 2015

Henry LaFavor
3528 NW 33rd Court
Lauderdale Lakes, FL 33309

**Re:    AG# - L12-4-6626**
**Henry J. LaFavors, DC# 642200 v. 1st Unknown Defendant; et. al.,**
**U.S. Middle District - Tallahassee - Crt # 4:12-cv-30-RH/CAS**

### 1st REQUEST FOR PRODUCTION

This invoice contains an itemized bill for the documents you have requested. The cost is $.15 per page. A copy of the Document Request Form is attached to this invoice.

| *# PAGES REQUESTED* | 229 |
|---|---|
| *$0.15 PER PAGE* | $0.15 |
| *TOTAL DUE* | $34.35 |

Please remember payment of the funds may come from your inmate trust account as long as the funds are present in that account; a lien cannot be placed for copying costs. If the funds are not present, you must have a family member, or friend, send a check along with the invoice to the address at the bottom of this form.

**CHECKS MUST BE PAYABLE TO THE "*OFFICE OF THE ATTORNEY GENERAL*."**

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
Attn: Holly Simcox

LaFavor.L12-4-6626.1st RFP